**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 00-20233**
**Summary Calendar**

_____

**RONALD M. SCOTT,**

**Plaintiff-Appellant,**

**VERSUS**

**SOLVAY POLYMERS, INC.,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
For the Southern District of Texas

(H-98-CV-2922)

_____

November 21, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

After securing a right to sue letter from the Equal Employment Opportunity Commission, Ronald M. Scott filed suit in September 1998 against Solvay Polymers, Inc., his current employer. He asserts causes of action under Title VII based on his employer's failure to promote him, train him, assign him to higher paying

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jobs, and harassing him because of his race and color, and retaliating against him because he engaged in protected activity. The factual claims which he asserts support his causes of action dates back in time over five or six years. After ample time for discovery, Solvay filed a motion for summary judgment which the district court granted. Scott timely appealed to this Court.

We have carefully reviewed the briefs, the appendix to brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in its Order entered under date of February 8, 2000, we affirm the Final Judgment entered contemporaneously therewith which granted defendant's Motion for Summary Judgment and dismissed plaintiff's action.

**AFFIRMED.**